ROGERS JOSEPH O'DONNELL
ROBERT J. BREAKSTONE (State Bar No. 68416)
DAVID F. INNIS (State Bar No. 160702)
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457
Email:  rjb@rjo.com

Attorneys for Defendant
DIMITRIOS GEORGAKOUDIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>ARTEMIOS MANIATIS and DIMITRIOS GEORGAKOUDIS,<br><br>            Defendants. | Case No. 06-0796-JSW<br><br>**JOINDER IN APPLICATION TO WITHDRAW MOTION TO DISMISS INDICTMENT**<br><br>Date:       February 15, 2007<br>Time:      2:30 p.m. |

      Defendant Dimitrious Georgakoudis filed his Notice of Joinder in Defendant Artemios Maniatis's Motion to Dismiss Indictment on January 8, 2007.

      Defendant Georgakoudis now gives notice of his joinder in the Application to Withdraw Motion to Dismiss Indictment filed today with the court by defendant Artemios Maniatis, which motion was to be heard on February 15, 2007.

Dated: Febru[...]

Respectfully submitted,

ROGERS JOSEPH O'DONNELL

By:  /s/  Robert J. Breakstone
_____
ROBERT J. BREAKSTONE
DAVID F. INNIS

Attorneys for Defendant
DIMITRIOS GEORGAKOUDIS

[STAMP: GRANTED / Judge Jeffrey S. White / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]